# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                           Case Number: 6:97-cr-238-Orl-18KRS

EDGAR HOOPER, III

USM Number: 23020-018

David A. Wilson, CJA
201 SW Second Street, Suite 101
Ocala, Florida 34475

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant was found in violation of charge number 1, 2, 3, 4, and 5 of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Bank Robbery in violation of the condition of supervision | June 19, 2006 |
| 2 | Bank Robbery in violation of the condition of supervision | July 19, 2006 |
| 3 | Armed Bank Robbery in violation of the condition of supervision | August 2, 2006 |
| 4 | Use and Possession of Firearm During and in Furtherance of Bank Robbery in violation of the condition of supervision | August 2, 2006 |
| 5 | Use and Possession of Firearm During and in Furtherance of Bank Robbery in violation of the condition of supervision | August 2, 2006 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: February 20, 2007

_____
UNITED STATES DISTRICT JUDGE
February 22, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

EDGAR HOOPER, III  Page 2 of 2
6:97-cr-238-Orl-18KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months, concurrently with the sentences imposed in Case No.: 5:06-cr-54-Oc-10GRJ.**

The Court recommends to the Bureau of Prisons:

That defendant be designated for commitment at FCC Coleman, Florida

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____

AO 245B (Rev. 6/05) Judgment in a Criminal Case